

# THE THIRTEENTH COURT OF APPEALS

---

13-18-00215-CV

---

Dennis W. Berry; Marvin G. Berry; Bay, Inc.; Berry GP, Inc., d/b/a Berry Contracting; and Berry Contracting, d/b/a Bay Ltd.

v.

Kenneth L. Berry, Individually; and Kenneth L. Berry, in a Derivative Capacity for Skyeagle, Inc.

---

On Appeal from the
County Court at Law No. 3 of Nueces County, Texas
Trial Cause No. 2018-CCV-60353-3

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees, Kenneth L. Berry, Individually; and Kenneth L. Berry, in a Derivative Capacity for Skyeagle, Inc.

We further order this decision certified below for observance.

December 5, 2019